# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

Case No. 23-40110

Debtor: Renovii Inc

## Creditor Matrix

| No. | Creditor's Name | Creditor's Address |
|---|---|---|
| 1 | Janice Chen | 96 North 3rd Street, Suite 525, San Jose, CA 95112 (Address of Counsel) |
| 2 | Steven Lee | 96 North 3rd Street, Suite 525, San Jose, CA 95112 (Address of Counsel) |
| 3 | Jin "Roland" Sun | 5776 Stoneridge Mall Rd., Ste 288, Pleasanton, CA 94588 (Address of Counsel) |
| 4 | Connect Renovation, Inc. | 933 Corporate Way, Fremont, CA 94539 |
| 5 | Danli Liu | 933 Corporate Way, Fremont, CA 94539 |
| 6 | Fortunare Inc. | 933 Corporate Way, Fremont, CA 94539 |
| 7 | Remodelshopper Inc. | 4396 Enterprise Place, Unit B, Fremont, CA 94538 |
| 8 | Sweet Heaven, Inc. | 933 Corporate Way, Fremont, CA 94539 |
| 9 | Zhongmin Liu | 4396 Enterprise Place, Unit B, Fremont, CA 94538 |
| 10 | Jintong "Christine" Sun | 96 North 3rd Street, Suite 525, San Jose, CA 95112 (Address of Counsel) |
| 11 | Ryan T Tsiao | 5776 Stoneridge Mall Rd., Ste 288, Pleasanton, CA 94588 (Address of Counsel) |
| 12 | Heng Zhong | 933 Corporate Way, Fremont, CA 94539 |

|    |            |                                      |
|----|------------|--------------------------------------|
|    |            | Zhongheng20130906@gmail.com          |
| 13 | Li Hao Mai | 933 Corporate Way, Fremont, CA 94539 |
|    |            | Rade@renovii.com                     |