Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Proposed Counsel for PAUL MANSDORF,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>RENOVII INC.,<br><br>Debtor. | Case No. 23-40110 WJL<br>Chapter 7<br>Hon. William J. Lafferty, III<br><br>**APPLICATION FOR AUTHORITY TO EMPLOY COUNSEL**<br>**(Rincon Law LLP)**<br><br>[No Hearing Requested] |

Paul Mansdorf, Trustee in Bankruptcy of the estate of the above-named Debtor ("Applicant" or "Trustee"), respectfully represents:

1. Applicant is the duly appointed, qualified and acting trustee in bankruptcy in this case.

2. Applicant desires to retain Rincon Law LLP ("Proposed Counsel" or "Rincon Law"), as Trustee's counsel in connection with all matters related to the above-referenced Chapter 7 proceeding, including, but not limited to:

    a) Assist and advise the Trustee in legal aspects involved in the investigation, collection and liquidation of potential assets of the estate;

    b) Assist and advise the Trustee regarding any transfers which may be avoidable under the provisions of the Bankruptcy Code;

    c) Represent the Trustee in litigation he determines to be necessary;

          d)     After Applicant's review and request, assist the Trustee in the objection to claims; and

          e)     Attend Court hearings related to the foregoing.

3. Applicant desires to retain Proposed Counsel on the basis of its expertise in bankruptcy law and believes that retention of counsel is necessary and would be in the best interests of the estate.

4. The Debtor filed a skeleton Chapter 7 petition on January 31, 2023. At the time this Application was executed, the Debtor had not filed any schedules or statement of financial affairs. Applicant understands that there may be assets available for creditors. Applicant seeks the assistance of counsel to work with counsel for the Debtor to help ensure completed schedules are filed, that estate assets are delivered to Applicant, and requests a waiver of FRBP Rule 6003.

5. Rincon Law is a firm organized in San Francisco. To the best of Applicant's knowledge, Proposed Counsel has no connection with the Debtor, creditors, or any other party in interest, their respective attorneys and/or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except as set forth in the declaration in support of this application filed concurrently ("Declaration"). Proposed Counsel does not presently represent any interest adverse to the Trustee or to the estate, except as set forth in the Declaration. Proposed Counsel is a disinterested person.

6. Proposed Counsel generally charges on an hourly rate basis. The current rate charged by members of Proposed Counsel that are expected to render the majority of the services to Applicant is $595 an hour. Proposed Counsel's rates are subject to change from time to time, but generally not more than once per year.

7. As a general rule, Proposed Counsel's billing practices are identical for bankruptcy and non-bankruptcy clients. The hourly rates on which Proposed Counsel bases its fees are generally the same for bankruptcy and non-bankruptcy clients but can be higher for non-court-appointed representations.

8. Proposed Counsel is in compliance with the Bankruptcy Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees. It does not charge for its

word processing and incoming telecopy costs. Additionally, Proposed Counsel's San Francisco office charges $0.20 per page for photocopying; other clients of Proposed Counsel are charged varying rates for reimbursement of that expense. In some instances, Proposed Counsel assesses a charge on some out-of-pocket costs to reimburse it for administrative overhead expense; Proposed Counsel does not include such charges in bankruptcy fee applications.

9. This employment application is the entire agreement of the Trustee and Applicant as to the terms of employment. There is no separate written or oral employment agreement.

WHEREFORE, Applicant prays for an Order authorizing the employment of Rincon Law LLP as Trustee's counsel.

DATED: February _____, 2023

By: *Paul J. Mansdorf* (Digitally signed by Paul J. Mansdorf, Date: 2023.02.08 13:13:17 -08'00')
PAUL MANSDORF
Trustee in Bankruptcy

DATED: February 8, 2023    RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Proposed Counsel for PAUL MANSDORF
Trustee in Bankruptcy